**Order entered July 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00831-CR
No. 05-15-00832-CR

**ERIK MANUEL ORELLANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-57132-W, F15-23717-w**

## ORDER
Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandates in these appeals **INSTANTER**

/s/      MOLLY FRANCIS
         JUSTICE